UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DURRELL RICKEY MOORE,

        Petitioner,         Case No. 11-11218
                                          HON. JOHN CORBETT O'MEARA

v.

LLOYD RAPELJE,

        Respondent,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation filed June 19, 2012, by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this Court.

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Date:  July 31, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 31, 2012, using the ECF system and/or ordinary mail.

                                                        s/William Barkholz
                                                        Case Manager